Mo. RIVER, FT. SCOTT & GULF RAILROAD CO. v. JOHN DUCKETT.

THIS case is here on error from Miami district court, where *Duckett*, at October Term 1877, had judgment. The *Railroad Company* brings the case here.

*Blair & Perry*, for plaintiff in error.

*W. B. Brayman*, for defendant in error.

*Per Curiam:* This case is decided against plaintiff in error upon the authority of the case of *Kansas Pacific Railway Company v. Yanz*, 16 Kas. 583. The judgment of the district court will therefore be affirmed, with costs.

All the Justices concurring.